PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

District Of Connecticut

U.S.A. vs. Kaloni Goodley

Docket No. [0205 3:13CR00044]-[003]

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jennifer L. Amato, pretrial services/probation officer, presenting an official report upon the conduct of defendant Kaloni Goodley,

who was placed under pretrial release supervision by the Honorable Thomas P. Smith, sitting in the court at Hartford, Connecticut on the 25 date of February, 2013 under the following conditions:

1) Report to USPO as directed: 2) Surrender Passport to Attorney Hull; 3) Not obtain a passport; 4) Travel Restricted to Connecticut; 5) No contact with co-defendants or witnesses in case; 6) No unlawful use of narcotics or controlled substances; 7) Submit to drug testing, treatment as directed by USPO; 8) Defendant to reside at 122 Huntington Street, Hartford, Connecticut with his mother. It is noted that on March 18, 2013, the Court issued an additional release condition to include the defendant attend mental health treatment as directed by the U.S. Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is in violation of release condition #8 as stated above. On June 10, 2013, the U.S. Probation Office was contacted by Mr. Goodley's mother, Ronnette Goodly, who advised that she no longer wants Mr. Goodley residing in her home. She advised the probation office that Mr. Goodley is disrespectful and is no longer welcomed. At this time, he is residing in the home pending a court hearing. In consultation with defense counsel, the U.S. Probation Office confirmed with Mr. Goodley's brother, Raphael Mason, who resides in Virginia, that Mr. Goodley is not welcomed in his home. At this time, there appears to be no other available or stable residences for Mr. Goodley.

PRAYING THAT THE COURT WILL ORDER
It is respectfully requested that the Court schedule a hearing to review Mr. Goodley's current conditions of release.

ORDER OF COURT

Considered and ordered this 18th day of June, 2013 and ordered filed and made a part of the records in the above case.

/s/ Thomas P. Smith, USMJ

Thomas P. Smith

U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/18/2013

*[signature]*

U.S. Pretrial Services/Probation Officer

Place Abraham Ribicoff Federal Building and United States Courthouse
450 Main Street, 735
Hartford, CT 06103-3022